FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
_____FORT MYERS_____ DIVISION

2013 APR 11 PM 2:07

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

EDWARD SANTANA Plaintiff(s),

-v-

Case No.

2:13-cv-281-FtM-99SPC

Tommy Bahama R+R Holdings, Inc d/b/a Tommy Bahama Defendant(s)

### AFFIDAVIT OF INDIGENCY

(EACH PLAINTIFF MUST COMPLETE A SEPARATE AFFIDAVIT OF INDIGENCY)

I, EDWARD SANTANA, being first duly sworn, depose and make under oath the following application and affidavit, pursuant to Title 28 USC § 1915, to proceed *in forma pauperis* in the United States District Court for the Middle District of Florida. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress, and that I have not, for the purpose of avoiding payment of said cost, divested myself of any property, monies, or any items of value.

I. BRIEF STATEMENT OF THE NATURE OF THE ACTION: Tommy Bahama (Defendant) discriminated against the Plaintiff because of his Age (40 years old). Defendant failed or refused to hire the Plaintiff because of his AGE.

II. RESIDENCE
Affiant's address: N/A
(Street)

Naples (City)    FL (State)    (Zip Code)

DC 101 (Rev. 1/97)    Page 1

III. **MARITAL STATUS**:
1. Single ☐   Married ☒   Separated ☐   Divorced ☐
2. If married, spouse's full name: _Dawn Blum_

IV. **DEPENDENTS**:
1. Number: _3_
2. Relationship to dependent(s): _Daughters and Wife_
3. How much money do you contribute to your dependents' support on a monthly basis? $ _800 - 900 when affiant can_

V. **EMPLOYMENT**: (Information provided below applies to your present employment or last employment).
1. Name of employer: _(Unemployed) Verginia Restaurant_
   a. address of employer: _721 5th Avenue South_ (Street)
   _Naples_ (City)   _FL_ (State)   _34102_ (Zip)
   b. State how long affiant has been (was) employed by present (or last) employer?
   Years: _____   Months: _Approximately 3 weeks_
   c. Income: Monthly $ _N/A_   or   Weekly: $ _N/A_
   d. What is (was) the affiant's job title? _Waiter_
2. If unemployed, date of last employment: _3/12/13_
3. Is spouse employed? Yes ☐ No ☒   If so, name of employer: _____
   _N/A_
   a. Income: Monthly $ _N/A_   or   Weekly: $ _N/A_
   b. What is spouse's job title? _N/A_
4. Are you and/or your spouse receiving welfare aid?   Yes ☐   No ☒
   If so, amount: Monthly $ _N/A_   or   Weekly $ _N/A_

VI. **FINANCIAL STATUS**:
1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: _I own no property or real property_

DC 101 (Rev. 1/97)                                                        Page 2

b. Full address: _N/A_
   (street)
   _N/A_
   (City)           (State)           (Zip)

c. In whose name? _N/A_

d. Estimated value: _N/A_  $ _N/A_

e. Total amount owed: _N/A_  $ _N/A_

   Owed to: _N/A_ for $ _N/A_

   _N/A_ for $ _N/A_

f. Annual income from property: _N/A_  $ _N/A_

2. Other assets/property: _I DO NOT OWN A CAR_

   a. Automobile: Make _N/A_  Model _N/A_

   In whose name registered: _N/A_

   Present value of car: $ _N/A_

   Amount owed: $ _N/A_

   Owed to: _N/A_

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else: $ _N/A_

   c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

   Business, profession, or other forms of self employment:  $ _5,000 Approximately_

   Rent payments, interest, or dividends:  $ _N/A_
   Pensions, annuities, or life insurance payments  $ _N/A_
   Gifts or inheritances:  $ _N/A_
   Stocks, bonds, or notes:  $ _N/A_
   Other sources:  $ _15,000 Approximately_

3. Obligations:
   a. Monthly rental on house or apartment:  $ _N/A_
   b. Monthly mortgage payments on house:  $ _N/A_

4. Other information pertinent to affiant's financial debts and obligations:

RCSH OPERATIONS, LLC          $13,500 (appx)     N/A
(Creditor)                    (Total debt)       (Monthly payment)

Capital One Auto Finance      $4,500 (appx)      N/A
(Creditor)                    (Total debt)       (Monthly payment)

Capital One                   $2,000 (appx)      N/A
(Creditor)                    (Total debt)       (Monthly payment)

Other (explain): Plaintiff is currently in debt for approximately $35,000 or more, including $10,000 medical bills, $5,000 credit card debt

VII. **FOR PRISONER AFFIANTS ONLY:**

1. Date(s) of incarceration: _____
2. Estimated release or parole date: _____
3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the Affidavit Certificate found on page 6 of this Affidavit of Indigency is also properly executed and filed.

## VIII. ALL AFFIANTS MUST READ AND SIGN

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury of making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____
Signature of Affiant

STATE OF FLORIDA
COUNTY OF Lee

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS __11th__ DAY OF __April__, 20__13__, BY __Edward Santana__
(Insert name of person acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED __Fl Identification Card__
(State type of identification)

AS IDENTIFICATION AND WHO (DID ) (DID NOT ✓) TAKE AN OATH.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:

Aug 03, 2015

NOTARY PUBLIC-STATE OF FLORIDA
Cheryl Parker Averill
Commission # EE114829
Expires: AUG. 03, 2015
BONDED THRU ATLANTIC BONDING CO, INC.