CASE NO. 2:13-CV-204-FTM.

FTFDNF

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

2013 APR 18  AM 11: 57

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

**EDWARD SANTANA,**

     **Plaintiff,**

**v.**

2:13cv 281 FtM 99SPC

**TOMMY BAHAMA R&R HOLDINGS, INC.**
**d/b/a TOMMY BAHAMA RESTAURANT**

     **Defendant.**

_____/

### PLAINTIFF'S MOTION FOR RECONSIDERATION TO
### RECEIVE ELECTRONIC FILING FROM THE COURT

    **COMES NOW,** the Plaintiff, Edward Santana, hereby files his motion for reconsideration to receive electronic filing from the Clerk of Court, and in support thereof state as follows:

1.    Plaintiff is currently homeless and is respectfully requesting that all future correspondence from this Court and all counsel of record be sent to Plaintiff via his email address at esantana44@yahoo.com .

2.    The Plaintiff does not have a permanent mailing address at this time where he can consistently receive U.S. mail from this Court because he is currently in between places and is respectfully requesting that this Honorable Court reconsider Plaintiff's motion to receive electronic filing from the Clerk Of Court.

3.    In addition, the Plaintiff currently does not have a car or reliable transportation or a job, as it would be a financial burden and difficult for him to be continuously traveling from south Naples, Fl to the Courthouse in Fort Myers, FL.

1

\* Filed under 2:13cv 281 FtM per instruction from Plaintiff 4/17/13

4.      Finally, the Plaintiff filed the same exact motion in this very same Court for the

case of **Santana vs. Rimaco Corp., Case No. 2:2013-cv-00204** on **March 13,**

**2013** as he did in this case on April 11, 2013 and this very same Court granted his

motion to receive electronic filing from the Clerk of Court.

**WHEREFORE,** the Plaintiff, Edward Santana, respecfully requests that this

**HONORABLE** Court to enter an **ORDER** granting his Motion and directing the Clerk of Court

to email all future correspondence to the Plaintiff's email address in the above-style case, and for

any further relief as this Court deems just and proper.

**Dated this 17th day of April, 2013.**

                                            **Respectfully submitted,**

                                            **Edward Santana**
                                            **esantana44@yahoo.com**
                                            **(239) 285-5450**

## CERTIFICATE OF SERVICE

    I **HEREBY CERTIFY** that on this **17TH** day of April, 2013, I filed the foregoing with Clerk of the Court. I also certify that the foregoing document is being mailed this day on Defendant.

CASE NO.

Edward Santana
esantana44@yahoo.com
(239) 285-5450