UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD SANTANA,

    Plaintiff,

v.                                                Case No: 2:13-cv-281-Ftm-99SPC

TOMMY BAHAMA R & R HOLDINGS,
INC.,

    Defendant.
_____/

## **ORDER**

This matter comes before the Court on Plaintiff's Motion for Reconsideration to Receive Electronic Filing from the Court (Doc. #7) filed on April 18, 2013. Plaintiff moves the Court to reconsider its Order denying Plaintiff's Motion to Receive Electronic Filing from the Court (Doc. #5) entered on April 15, 2013. As grounds, Plaintiff indicates that he is homeless and does not have a mailing address at this time. In addition, the Plaintiff currently does not have a car or reliable transportation.

The Court finds good cause to reconsider its previous Order and allow Plaintiff to receive electronic notifications. Thus, the Court will direct the Clerk to add Mr. Santana's e-mail address to the docket; however, Mr. Santana will <u>only</u> receive notification that a document has been filed in his case. To obtain a copy of the document, Mr. Santana must go to the Clerk's Office, and he will receive one free copy of any document that has been filed. To receive the free copy, Mr. Santana must bring a copy of this Order with him.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff's Motion for Reconsideration to Receive Electronic Filing from the Court (Doc. #7) is **GRANTED** to the extent that the Plaintiff will receive notification via e-mail that a filing has occurred in his case. To obtain a free copy of a filing, the Plaintiff must go to the Clerk's Office, bring this Order with him, and the Clerk shall make one copy of any document requested by the Plaintiff. The Plaintiff is entitled to one free copy of any document in his file. Any additional copies are at the Plaintiff's expense.

(2) The Clerk shall add Mr. Santana's e-mail address to the docket.

**DONE** and **ORDERED** in Fort Myers, Florida this 22nd day of April, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record