UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD SANTANA,

    Plaintiff,

v.

                                          Case No:  2:13-cv-281-FtM-38UAM

TOMMY BAHAMA R&R HOLDINGS, INC. d/b/a Tommy Bahama

    Defendant.

## **ORDER**

This cause is before the Court on Defendant's Amended Unopposed Motion for Substitution of Counsel and Incorporated Memorandum of Law (Doc. 23) filed on July 22, 2013.  Defendant is requesting that the Court grant it leave to substitute attorneys Christine L. Wilson, Esq. and Jason D. Berkowitz, Esq., of Jackson Lewis LLP, in place of Thomas A. Groendyke, Esq., of Douberly, McGuiness & Cicero, as Defendant's counsel in this case.  The Court notes that Ms. Wilson and Mr. Berkowitz are members in good standing of the Florida Bar and are admitted to practice before the United States District Court for the Middle District of Florida.

Accordingly,

**IT IS HEREBY ORDERED:**

1) Defendant's Amended Unopposed Motion for Substitution of Counsel and Incorporated Memorandum is **GRANTED**.

2) The Clerk is directed to substitute attorneys Christine L. Wilson, Esq. and Jason D. Berkowitz, Esq., in place of Thomas A. Groendyke, Esq., as Defendant's counsel in this matter.

3) The Clerk is directed to send all further pleadings, motions, orders, and correspondence for Defendant to Christine L. Wilson, Esq. and Jason D. Berkowitz, Esq. at Jackson Lewis LLP, One Biscayne Tower, Suite 3500, Two South Biscayne Boulevard, Miami, Florida 33131, wilsonc@jacksonlewis.com and berkowitzj@jacksonlewis.com.

4) The Clerk is directed to remove Thomas A. Groendyke and the law firm Douberly, McGuiness & Cicero from receiving any further notices of electronic filing in this matter.

**DONE** and **ORDERED** in Fort Myers, Florida on July 23, 2013.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties